# United States District Court

Virginia Peters

      v.

Deborah Stamps

Case # 23 CV6593

                                  FPG

## Complaint

I Virginia Peters am writing this court, Located at 100 State Street, Rochester, N.Y. 14614, to hear my case against Deborah Stamps, director of the Nursing program at Isabella Graham Hart School of practical Nursing, Located at 470 Skyview Centre Parkway in Rochester, N.Y. 14622.

I believe Deborah Stamps acted in an arbitrary and capicious manner Stripping me of my Due process rights as a student and citizen of the United States. I can prove that Deborah Stamps behaved, erratically, Illogical and was out of place with her actions as an official.

I Virginia Peters would Like to motion for restitution and other, any monetary Damages that my family and I have incurred.

I Virginia Peters would Like a chance to present this argument and motions to prove that I have good cause for use of the courts valuable time, as I do thank the court, with honor. This is honestly, a Last ditch effort to pull my life back together.

VP 10.4.23

1

United States District Court

Virginia Peters
v.                                                    Case #

Deborah Stamps

## Complaint (page 2)

I virginia Peters believe Deborah Stamps took actions that were intended to alarm and scare me, coerce me, into dropping from the Nursing Program, that she directed while I was a student. (N.Y. § 240.2(c)). Deborah Stamps called, e-mailed, in person, harassed me knowing her reasons were personal and in the far past. Deborah Stamps told me that she would not let me graduate from "her" program. (N.Y.§120.50). I believe Deborah Stamps falisified information to other government official due to this being a public, title VI school, mostly government funded about everything she did - falsifying, and covering up facts about what was happening. There was no procedural due process for suspending or dropping me from the program program. Education Law (§3214.) regulate this process, and should have stopped this from happening. Deborah Stamps is in charge of this and a lot of these regulations. There was no one to turn to.

It scares me that Deborah Stamps is an official. I believe people like Deborah Stamps should use what they have to make a bigger difference in the world.

10-4-23

# United States District Court

Virginia Peters
            v.                          CASE #
Deborah Stamps

## Complaint

I am asking this court to look further and you will see that my 14th and 15th Amendments, and many others were violated. I Virginia, am only asking for enough money to care for my family and find a new career. I hope this Never happens to Anyone again.

Thank you for your time in this matter. I Apologize for the inconvenience of my law incompetence, and any incompetence at all. I value the work of men and woman in all aspects of the law as I do believe our country was built on it.

Here is a timeline of events that hopefully will help my case. Again sorry for any inconvenience.

## Timeline of Complaints/Events

- 2015 +/- Deborah Stamps and Virginia Peters (plaintiff) were Neighbors at Georgetown Manor Apartments, located at 60 Georgetown Drive, Rochester, NY 14617

3

10.11.23

United States District Court

Virginia Peters
            v.                                    Case #

Deborah Stamps

                    Complaint

• 2015 • Deborah and myself had an argument after I would not tell her where I worked, as I was heading to work. During this argument Deborah Stamps told me, Virginia Peters that I would never graduate from "her" Nursing Program.

(note: there are not many nursing schools that are that close and accepts financial, federal aid) She probably figured if I was continuing my edu. then if not because, it would be IGH, she was Right)

During this argument Deborah's actual words, as I left were, "Go ahead and tell someone I said that and they'll never believe you." (see statements (notarized))

• October 2015 • I moved because Deborah Stamps harrassed me. Deborah Stamps would call the police on me

1.

United States District Court

Virginia Peters
          V.
                                        Case #

Deborah Stamps

                Complaint

- Deborah Stamps would call the police to the point where they would Not show up Anymore - or At least Not within that hour. (see Statements) -

September 2020 • I Virginia Peters (plaintiff) Starts School At Isabell Graham Hart.

October 26th 2020 • I was Dropped from the program. This is where my due process rights were Violated, And I will go on to explain the harassment. (see motions and) exhibits - All -

        While Schooling At IGHSPN

- Night before School • Phone calls Start (exhibits A,B,C, D & E)

- First week of School • No problems - until Wednesday • Everyone Started having tech issues except for me, I Asked Dr. Stamps (Deborah Stamps) for help because she made herself my Academic Advisor.

5

United States District Court

Virginia Peters
        V.

Deborah Stamps

Complaint

- Deborah Stamps called me on friday of the 2nd week of school and told me to come to the school after school. I had to work and I said I could not be late to work. I had already lost a lot of hours for school as it was. Deborah Stamps then said "If you dont come in then you'll be dropped from the program."

- I went to school.

- I was threatened by Deborah Stamps to go to the hospital to be "mentally evaluation" -mental evaluation" - alone in a security vehical with one security gaurd (male).

- Deborah Stamps said that if I did not go that I'd be dropped from the program.

- I went with the security gaurd.

- He took me to Occupation medicine

⑥

10.4.23

United States District Court

Virginia Peters
    V.                 Case #

Deborah Stamps

Complaint

- When I got to occmed, security walked me to an office that was the shape of a long - walk in closet like room.

- I was then breathalized (came up 0.0)

- I was drug tested (Negative Across the board)

- I was then sent to wait in a small exam room for two hours.

- An occmed (non-certified) Dr. asked me an hours worth of the same questions over and over. -

- I left occmed 4 hours later, I lost my job temporarily.

- Lost my job for good. All In this one Day (So within 24 hours)

- On my way out - They said wait to hear from Dr. Stamps.

7

10.4.23

United States District Court

Virginia Peters
       v.                                    Case #

Deborah Stamps


               Complaint


- Deborah Stamps dialled me and threatened to drop me 4x to go see A new Dr. for mental evaluations until I finally recieved a letter of dismissal from the program for Attendance.

- I Never heard from Deborah Stamps Again.

- I caught her asleep in her car in front of my Last Apartment - unfortunately - No Exhibits, there is one witness but we have two kids in common, since I don't know the Law on this, he has witnessed Everything from start of school until now. (See malicious)

This situation was traumatizing to my family. I have 5 daughters. I have been working in Healthcare, since 17 years old. Then I became An Nys Cert. Nurse Assistant since 2005. I worked my entire career at Monroe Community Hospital, Before I moved to Georgetown manor, I lived At the two same places for my entire life.

                    ⑧
                                        10·4·23

United States District Court

Virginia, Peters                                    Case#

v,

Deborah Stamps

Complaint

What I am suing for restitution will
not even put a dent in the Damage
Caused in my life And Livelyhood, Let Alone
enough to care for my family.

I am raising 5 daughters, first and foremost,
I am setting out to show them that their
own rights matter.

I am disgusted At Deborah Stamps behavior.
I am scared of Deborah Stamps till this
Day. Deborah Stamps should Never get the
chance to waist other professional Time
for her own motives. Sad really Someone
can fly under the raidar So long because she
knows she can lie under Any oath And not only
get Away with it but is comfortable operating
with those actions instead of the way
everyone else has to,

I am asking for peace of mind that I can
take care of my family.

9

10.4.23

United States District court

Virginia Peters                    CASE#
V.

Deborah Stamps

Complaint

I hope the court will consider my plea with the facts in mind.

Thank you again for your valued time.

Virginia Peters
10.4.2023

5839 Chili-Riga Center Road
Rochester, N.Y. 14428

VirginiaElizabethPeters@gmail.com

585.673-5725 onlyphone#

10

10.4.'23

3:49  📘 ✉ 💬 📘 ✉ ⋯                    🔇 📶 4% 🔋

← **+1 585-747-4477 …**           🗑       ⋮

### Aug 14 (Fri) 2:34 PM
00:00:27
New York

### Aug 14 (Fri) 8:16 AM
00:01:53
New York

### Aug 7 (Fri) 8:14 AM
New York

### Aug 6 (Thu) 3:50 PM
00:03:40
New York

### Aug 6 (Thu) 3:47 PM
New York

### Aug 6 (Thu) 3:18 PM
00:14:15
New York

### Aug 2 (Sun) 9:10 PM
00:04:59
New York

---

Exhibit A

showing the constant
Phone calls from
Deborah Stamps.

Everytime she called
me it Alarmed me and
Coerced me to do
things that I refused
to. Deborah would
threaten to Drop me
from the program in
every call she made.
to me.

Arbitrary, Capricious
Behavior

Exibit A

3:48 📘 📷 📘 ⧠ 🌐 ⋯                    🔇 🛜 ▂▄▆ 4% 🔋

←                                    🗑      ⋮

+1 585-747-4477...

Create contact          Update contact

+1 585-747-4...   📞ᴴᴰ      💬

Duo Call

Aug 16 (Sun) 12:08 PM
New York

Aug 14 (Fri) 2:34 PM
00:00:27
New York

Aug 14 (Fri) 8:16 AM
00:01:53
New York

Aug 7 (Fri) 8:14 AM
New York

Aug 6 (Thu) 3:50 PM




https://isabellagrahamhart.schoology.com/gro...

My apologies Tammy didn't know assumed it was school related won't happen again
Today at 9:43 am · Like

Write a comment

 **Alexus Scott**
At this point my prayers turning into a lil rage with this computer but a mild tongue turns away rage maybe we just all let teachers and atl people know and step away cause I know I'm not the only one getting frustrated 😄 😄
Today at 9:14 am Comment · Like

● 2 people liked this

 **Brianna Buntley**
Agree, an its too early for this lol
Today at 9:22 am · Like ●1

 **Alexus Scott**
For real I'm like smooth day take test have meeting and study this computer said yeah ok
Today at 9:23 am · Like ●2

 **Brianna Buntley**
Hopefull, somebody will get back to all of us an give us further instruction.
Today at 9:31 am · Like

Write a comment

 **Brianna Buntley**

 Gmail

## Fwd:

virginia peters <vpeters795@gmail.com>                                    Sun, Sep 17, 2023 at 7:28 AM
To: ryan barber <ryanb1002@gmail.com>

---------- Forwarded message ---------
From: **Stamps, Debbie** <Deborah.Stamps@rochesterregional.org>
Date: Tue, Aug 18, 2020, 2:04 PM
Subject: RE:
To: virginia peters <vpeters795@gmail.com>
Cc: Woods, Kelli <Kelli.Woods@rochesterregional.org>, Stewart, Tammy <Tammy.Stewart@rochesterregional.org>

Virginia please work through the occupational medicine department they will let time know when you are able to return to school.

thanks


**Deborah C. Stamps, EdD, MBA, MS, RN, GNP, NE-BC**

Executive Vice President

Chief Nursing Education and Diversity, Equity and Inclusion Officer

Rochester Regional Health

1630 Portland Avenue Rochester NY 14621

P: 585-922-5517| F: 585-922-5505

C: 585-747-4477

Debbie.stamps@RochesterRegional.org

*Note: Again she doesn't let me come back to school after A Dr. This went on according to the Dates.*

**From:** virginia peters <vpeters795@gmail.com>
**Sent:** Tuesday, August 18, 2020 1:35 PM
**To:** Stamps, Debbie <Deborah.Stamps@rochesterregional.org>
**Subject:**

WARNING: This email originated outside of Rochester Regional Health's email system. **DO NOT CLICK** on links or attachments unless you recognize the sender and know the content is safe.

Good morning,

I have already taken care of this. My Doctor was not available yesterday. Originally, the plan was to wake up and call her. She has been left a nurse note. I was, going to call to see if for any reason, she wouldn't get back to me. She is diligent. The nurse asked me if I signed a disclosure statement, My PCP is an RRH office. I did sign over medical records, until the end of August. These can be accessed from Orbund, so I am not sure how that works on your end but I can go in anytime I want to and open them, and update the date. At the moment I was working with my doctor to have a plan which will help me gain weight and that is pretty much the only problem. I am telling you this because that is what I was told. I will update you.

Virginia Peters

vpeters795@gmail.com

585-867-2633

I am sorry that this message is so long I will inform you as I did before that it's better to make sure that I am saying everything that is happening and making sure that I got my eyes and cross my t's that is just how I am I am a very accurate person. Thanks

Rochester Regional Health Email Disclaimer
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please delete it from your system. This footnote also confirms that this email message has been swept for the presence of computer viruses.

**2 attachments**

**ROCHESTER**
REGIONALHEALTH     image001.png
                   12K

**ROCHESTER**
REGIONALHEALTH     image001.png
                   12K

 Gmail

## Fwd: Deborah Stamps replied to a message

virginia peters <vpeters795@gmail.com>                    Sun, Sep 17, 2023 at 7:24 AM
To: ryan barber <ryanb1002@gmail.com>

---------- Forwarded message ---------
From: **Schoology** <0c6ecceb184568525d5d9128f5151d6d@inbound.schoology.com>
Date: Thu, Aug 13, 2020, 9:46 PM
Subject: Deborah Stamps replied to a message
To: <vpeters795@gmail.com>

Deborah Stamps sent you a message.

Re: Advisement Meeting with Dr. Stamps

"Virginia you have not followed up on three meetings with me or Mrs. Woods - If you do not attend
tomorrow I will have to move to dismissal from the program. This meeting is not optional.

thanks"

To reply to this message, click "Reply" or click the link below:
http://IsabellaGrahamHart.schoology.com/messages/view/534955771

Schoology © 2020.
This message was sent to vpeters795@gmail.com. To control the emails you receive from Schoology go to:
Account Settings. To view our privacy policy go to: Privacy Policy

NOTE:
This is ANother example of her threatening
me. I did whatever she said. I felt bullied
everytime and cornered. I was interrogated for
hours DAILY At one point. It Didn't stop until
she got me going to Agazition Drs. Each one
found me completely fit so I Didn't understand.

 Gmail

Exibit E

## Fwd: Follow Up

**virginia peters** <vpeters795@gmail.com>                    Sun, Sep 17, 2023 at 7:49 AM
To: ryan barber <ryanb1002@gmail.com>

---------- Forwarded message ---------
From: **Stamps, Debbie** <Deborah.Stamps@rochesterregional.org>
Date: Tue, Aug 18, 2020, 11:04 AM
Subject: Follow Up
To: vpeters795@gmail.com <vpeters795@gmail.com>
Cc: Stewart, Tammy <Tammy.Stewart@rochesterregional.org>, Woods, Kelli <Kelli.Woods@rochesterregional.org>


Hi Virginia I left you a message on Friday, August 14, 2020 at 8:42 pm and again
Sunday, August 16, 2020 at 12:08pm.  Currently you are not able to attend classes at
Isabella Graham Hart School of Practical Nursing  until you follow-up with your primary
care physician and then occupational medicine.


thanks


**Deborah C. Stamps, EdD, MBA, MS, RN, GNP, NE-BC**

Executive Vice President

Chief Nursing Education and Diversity, Equity and Inclusion Officer

Rochester Regional Health

1630 Portland Avenue Rochester NY 14621

P: 585-922-5517| F: 585-922-5505

C: 585-747-4477

Debbie.stamps@RochesterRegional.org

NOTE:
occupational medicine told me that Dr. Stamps
told them that I have to go and see my own
Dr. when - After I did this she said that
Doctor wasn't good enough. This is one of many
Difficult communications. - Waisted many Professionnl
Licenced Doctors time and money. Deborah Stamps →

Rochester Regional Health Email Disclaimer

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please delete it from your system. This footnote also confirms that this email message has been swept for the presence of computer viruses.

**2 attachments**

**ROCHESTER**
**REGIONAL**HEALTH

image001.png
12K

**ROCHESTER**
**REGIONAL**HEALTH

image001.png
12K

Exhibit G

• I Jolena Boyer witnessed Deborah Stamps harass Virginia Peters as they resided Next to each other Nearly 10 years ago. I believe that Deborah Stamps Acted on A vengeance based on what I witnessed while residing with Virginia Peters during the time she was our neighbor. I can attest that I was afraid to have any Interaction at All with Deborah Stamps.

• I can be reached at And I reside at 103 Kings berry DR rochester NY 14626

Thank You for your time in this matter

Sign

10-5-23
date

Note!

This is my 21 year old daughter. She remembers everything and is available for questioning.

Exhibit "H"

9-16-23

To whom this may Concern,

I, Ryan Barber, witnessed Dr. Deborah Stamps call Ms. Peters 7 times at my Grandmother's funeral. I witnessed Ms. Peters be told that if she did not pick up the phone to Dr. D. Stamps that she'd be dropped from the nursing program. I can be reached at 585-635-5457 for any information regaurding this statement

Thank you

Date:

Ryan Barber
912 Paul Road
Rochester, N.Y.
14624

"Exhibit" I

United States District Court

Virginia Peters
    v.

Deborah Stamps        CASE # _____

<u>Victim Impact Statement</u>

Dear United States District court,

Thank you for your valued time. I want to show the court how much I have avoided using the time court and its esteemed staff. I am asking for a little more time to explain how this event or events in a whole has hurt my family and myself.

While the defendant and I were Neighbors so long ago, my family and I tended to pay her no mind. We happily moved away. We were, my 3 daughters and myself surviving a 15 year abusive relationship. (This is in record) I say that to say it took me that long to get my life back in order. I worked very hard to get there and it's all gone.

I really started to think there was something sincerely wrong with me until I went to another Dr. that had to tell me I was ok.

While I was a student of the defendant, I

VP 10·4·23

United States District Court

Virginia Peters

v.                              CASE#:

Deborah Stamps

Victim Impact Statement

Never Felt safe. I am still truly horrified to even be near the defendant.

I have been a Certified Nurse Assistant Since 2005 until I became an HHA in 2017, (This is in the NYS registry of Nurses). It is all I know and I can't afford to get a new career and rebuild.

I would like to address the fact the covid 19 was in full effect as this was happening. The defendantly needlessly wasted so many healthcare professionals time (See All exhibits) knowing she was acting on evidence in her own personal life. Including mine, as well, her own colleagues.
My family and I, our lives will never be the same now.

Again, Thank you for your time, which I promise wont be a waste.

With Care,

Virginia Peters

 Gmail

## Fwd: Deborah Stamps replied to a message

1 message

**virginia peters** <vpeters795@gmail.com>                    Sun, Sep 17, 2023 at 7:24 AM
To: ryan barber <ryanb1002@gmail.com>

---------- Forwarded message ---------
From: **Schoology** <0c6ecceb184568525d5d9128f5151d6d@inbound.schoology.com>
Date: Thu, Aug 13, 2020, 9:46 PM
Subject: Deborah Stamps replied to a message
To: <vpeters795@gmail.com>

Deborah Stamps sent you a message.

Re: Advisement Meeting with Dr. Stamps

"Virginia you have not followed up on three meetings with me or Mrs. Woods - If you do not attend
tomorrow I will have to move to dismissal from the program. This meeting is not optional.

thanks"

To reply to this message, click "Reply" or click the link below:
http://IsabellaGrahamHart.schoology.com/messages/view/534955771

Schoology © 2020.
This message was sent to vpeters795@gmail.com. To control the emails you receive from Schoology go to:
Account Settings. To view our privacy policy go to: Privacy Policy

# M Gmail

## Fwd:

virginia peters <vpeters795@gmail.com>                                    Sun, Sep 17, 2023 at 7:28 AM
To: ryan barber <ryanb1002@gmail.com>

---------- Forwarded message ---------
From: **Stamps, Debbie** <Deborah.Stamps@rochesterregional.org>
Date: Tue, Aug 18, 2020, 2:04 PM
Subject: RE:
To: virginia peters <vpeters795@gmail.com>
Cc: Woods, Kelli <Kelli.Woods@rochesterregional.org>, Stewart, Tammy <Tammy.Stewart@rochesterregional.org>

Virginia please work through the occupational medicine department they will let
time know when you are able to return to school.

thanks

**Deborah C. Stamps, EdD, MBA, MS, RN, GNP, NE-BC**

Executive Vice President

Chief Nursing Education and Diversity, Equity and Inclusion Officer

Rochester Regional Health

1630 Portland Avenue Rochester NY 14621

P: 585-922-5517| F: 585-922-5505

C: 585-747-4477

Debbie.stamps@RochesterRegional.org

**From:** virginia peters <vpeters795@gmail.com>
**Sent:** Tuesday, August 18, 2020 1:35 PM
**To:** Stamps, Debbie <Deborah.Stamps@rochesterregional.org>
**Subject:**

WARNING: This email originated outside of Rochester Regional Health's email system. **DO NOT CLICK** on links or attachments unless you recognize the sender and know the content is safe.

Good morning,

I have already taken care of this. My Doctor was not available yesterday. Originally, the plan was to wake up and call her. She has been left a nurse note. I was, going to call to see if for any reason, she wouldn't get back to me. She is diligent. The nurse asked me if I signed a disclosure statement, My PCP is an RRH office. I did sign over medical records, until the end of August. These can be accessed from Orbund, so I am not sure how that works on your end but I can go in anytime I want to and open them, and update the date. At the moment I was working with my doctor to have a plan which will help me gain weight and that is pretty much the only problem. I am telling you this because that is what I was told. I will update you.

Virginia Peters

. vpeters795@gmail.com

585-867-2633

I am sorry that this message is so long I will inform you as I did before that it's better to make sure that I am saying everything that is happening and making sure that I got my eyes and cross my t's that is just how I am I am a very accurate person. Thanks

Rochester Regional Health Email Disclaimer
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please delete it from your system. This footnote also confirms that this email message has been swept for the presence of computer viruses.



**2 attachments**

**ROCHESTER** REGIONALHEALTH    image001.png
12K

**ROCHESTER** REGIONALHEALTH    image001.png
12K

 Gmail

ryan barber <ryanb1002@gmail.com>

## Fwd: Follow Up

1 message

| | |
|---|---|
| **virginia peters** <vpeters795@gmail.com><br>To: ryan barber <ryanb1002@gmail.com> | Sun, Sep 17, 2023 at 7:49 AM |

---------- Forwarded message ---------
From: **Stamps, Debbie** <Deborah.Stamps@rochesterregional.org>
Date: Tue, Aug 18, 2020, 11:04 AM
Subject: Follow Up
To: vpeters795@gmail.com <vpeters795@gmail.com>
Cc: Stewart, Tammy <Tammy.Stewart@rochesterregional.org>, Woods, Kelli <Kelli.Woods@rochesterregional.org>

Hi Virginia I left you a message on Friday, August 14, 2020 at 8:42 pm and again Sunday, August 16, 2020 at 12:08pm.  Currently you are not able to attend classes at Isabella Graham Hart School of Practical Nursing  until you follow-up with your primary care physician and then occupational medicine.

thanks

**Deborah C. Stamps, EdD, MBA, MS, RN, GNP, NE-BC**

Executive Vice President

Chief Nursing Education and Diversity, Equity and Inclusion Officer

Rochester Regional Health

1630 Portland Avenue Rochester NY 14621

P: 585-922-5517| F: 585-922-5505

C: 585-747-4477

Debbie.stamps@RochesterRegional.org

Rochester Regional Health Email Disclaimer

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please delete it from your system. This footnote also confirms that this email message has been swept for the presence of computer viruses.

**2 attachments**

ROCHESTER
REGIONALHEALTH    image001.png
12K

ROCHESTER
REGIONALHEALTH    image001.png
12K